# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                              Case Number   1:03-CR-00073-001(JBS)

ALBERTO DIAZ

   Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, ALBERTO DIAZ, was represented by Thomas Young, AFPD.

The defendant admitted guilt to violation number(s) 2-5 as stated on the violation petition. The defendant was found in violation of number(s) 1 after a hearing by the court. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Committed another crime' |
| 2 | 'Committed another crime' |
| 3 | 'Failure to notify probation within 72 hours of change of residence or employment' |
| 4 | 'Failure to notify probation officer within 72 hours of being arrested or questioned by law enforcement' |
| 5 | 'Failure to answer inquiries or follow instructions' |

As pronounced on 3/17/14, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 1/23/04 remain in full force and effect, if not already paid.

Signed this the 17th Day of MARCH, 2014.

JEROME B. SIMANDLE
Chief United States District Judge

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant:     ALBERTO DIAZ
Case Number:   1:03-CR-00073-001(JBS)

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months.

The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to FCI Fairton for service of his sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

                                                            _____
                                                            United States Marshal

                                                            By _____
                                                               Deputy Marshal